■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDDIE CAICEDO, Also known as FREDDIE CALCEDI, True Name FREDDIE CAILCADO, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County, imposed April 23, 1973, upon his conviction of attempted criminal sale of a dangerous drug in the fourth degree, on his plea of guilty. Sentence reversed, on the law, and case remitted to the Criminal Term for resentencing. The sentencing court failed to offer defendant an opportunity to make a statement (CPL 380.50). Gulotta, P. J., Rabin, Hopkins, Martuscello and Latham, JJ., concur.